THE COOK LAW FIRM, P.C.
Philip E. Cook (State Bar No. 149067)
  pcook@cooklawfirm.la
707 Wilshire Boulevard, Suite 3600
Los Angeles, CA 90017
Telephone: (213) 988-6100
Facsimile: (213) 988-6099

ALLEN & OVERY LLP
Andrew Rhys Davies (admitted pro hac vice)
  andrew.rhys.davies@allenovery.com
Justin L. Ormand (admitted pro hac vice)
  justin.ormand@allenovery.com
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399

Attorneys for Defendants DEUTSCHE
TELEKOM NORTH AMERICA, INC.,
DEUTSCHE TELEKOM AG, and
T-SYSTEMS NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| NETWORK ENHANCED TECHNOLOGIES, INC., a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>DEUTSCHE TELEKOM NORTH AMERICA, INC., a Delaware corporation; DEUTSCHE TELEKOM AG, a German corporation; T-SYSTEMS USA, INC., a Delaware corporation; T-SYSTEMS NORTH AMERICA, INC., a Delaware corporation; DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No. 2:15-cv-01013 CAS (MRW)<br><br>**[PROPOSED]** **JUDGMENT** |

**[PROPOSED] JUDGMENT**

1 | By order dated April 13, 2015, the Court, the Honorable Christina A. Snyder, granted the motion of Defendants DEUTSCHE TELEKOM NORTH AMERICA, INC., DEUTSCHE TELEKOM AG, and T-SYSTEMS NORTH AMERICA, INC. to dismiss the complaint filed by Plaintiff NETWORK ENHANCED TECHNOLOGIES, INC.

Pursuant to that order, judgment is hereby entered, with Plaintiff recovering nothing, dismissing the action in favor of the parties' ICC Arbitration, and Defendants DEUTSCHE TELEKOM NORTH AMERICA, INC., DEUTSCHE TELEKOM AG, and T-SYSTEMS NORTH AMERICA, INC. recovering costs from Plaintiff NETWORK ENHANCED TECHNOLOGIES, INC.

Date: July 6, 2015

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT COURT