# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Network Enhanced Technologies, Inc.

V.                                   Case Number:  2:15-cv-01013

Deutsche Telekom North America, Inc.

Judgment was entered in this action on   7/6/2015   /   25   against   Plaintiff Network Enhanced Technologies, Inc.
                                          Date         Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 .................................................................................................................. | $400.00 |
| Fees for service of process: see L.R. 54-3.2.......................................................................................... | |
| United States Marshal's fees: see L.R. 54-3.3 ....................................................................................... | |
| Reporter's transcripts: see L.R. 54-3.4 .................................................................................................. | |
| Depositions: see L.R. 54-3.5 .................................................................................................................. | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 ................................................................................ | |
| Interpreter's and translator's fees: see L.R. 54-3.7 ............................................................................... | |
| Docket fees: see L.R. 54-3.8 ................................................................................................................... | |
| Masters, commissioners and receivers: see L.R. 54-3.9 ....................................................................... | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 ............................... | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 ...................................................................... | |
| Other Costs: see L.R. 54-3.12 (attach court order) ............................................................................... | |
| State Court costs: see L.R. 54-3.13 ........................................................................................................ | |
| Costs on appeal: see L.R. 54-4............................................................................................................... | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 ........................................................ | |
| **TOTAL** | $400.00 |

<u>**NOTE:**</u> **You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

- [✓] The Court's CM/ECF System
- [ ] Conventional service by first class mail
- [ ] Other _____

Signature _____

Print Name   Philip E. Cook

Attorney for: Defendants, Deutsche Telekom North America, Inc., Deutsche Telekom AG, and T-Systems North America, Inc.

Costs are taxed in the amount of _____

Clerk of Court _____   By: _____   Date _____
                                         Deputy Clerk

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)