```
 1  THE COOK LAW FIRM, P.C.
    Philip E. Cook (State Bar No. 149067)
 2     pcook@cooklawfirm.la
    707 Wilshire Boulevard, Suite 3600
 3  Los Angeles, CA 90017
    Telephone: (213) 988-6100
 4  Facsimile: (213) 988-6099

 5  Attorneys for Defendants
    T-SYSTEMS NORTH AMERICA,
 6  INC., DEUTSCHE TELEKOM AG, and
    DEUTSCHE TELEKOM NORTH AMERICA, INC
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NETWORK ENHANCED TECHNOLOGIES, INC., a California corporation,<br><br>            Plaintiff,<br><br>     vs.<br><br>DEUTSCHE TELEKOM NORTH AMERICA, INC., a Delaware corporation; DEUTSCHE TELEKOM AG, a German corporation; T-SYSTEMS USA, INC., a Delaware corporation; T-SYSTEMS NORTH AMERICA, INC., a Delaware corporation; DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-01013<br><br>**DECLARATION OF ANDREW RHYS DAVIES IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Hearing:<br>Date:  August 31, 2015<br>Time:  10:00 a.m.<br>Place: Courtroom 5<br>          Hon. Christina A. Snyder |

## DECLARATION OF ANDREW RHYS DAVIES

I, Andrew Rhys Davies, declare as follows:

1. I am a member in good standing of the State Bar of New York and am admitted *pro hac vice* to practice before this Court for purposes of this case. I am a partner of Allen & Overy LLP, co-counsel of record in this action for defendants T-Systems North America, Inc., Deutsche Telekom AG and Deutsche Telekom North America, Inc. ("Defendants").

2. I make this Declaration in support of Defendants' Motion for Attorneys' Fees.

3. In order to provide the information set forth below, I have reviewed invoices covering the period January 2015, when this action was originally filed in California state court, through April 2015. I have also reviewed the individual daily time entries for myself and my associate, Justin Ormand. On information and belief, these time entries were made contemporaneously with the work done on this matter as that work was completed or shortly thereafter.

4. The underlying arbitration in Zurich, Switzerland between Plaintiff Network Enhanced Technologies, Inc. ("NET") and Defendant Deutsche Telekom AG ("DTAG") (the "ICC Arbitration") was conducted by colleagues in my firm's Frankfurt office. Due to their familiarity with the issues pertaining to the arbitration, those attorneys also worked on this matter, although no claim is being made in respect of their time. In addition, no claim is being made in respect of time spent on this matter by U.S.-based paralegals and a U.S.-based newly-admitted attorney. In other words, the claim for attorneys' fees is limited to time incurred by the principal U.S.-based attorneys who worked on this action, *i.e.*, my New York-based associate, Mr. Ormand, and me.

5. I also understand that our finance systems reflect some time that was worked post-April 2015, and which has not yet been billed. No claim is being submitted in respect of that time.

6. During the period covered by the above-referenced invoices, my hourly billing rate for this matter was EUR 600.00 per hour. A copy of my CV is attached as Exhibit A. Mr. Ormand's hourly billing rate for this matter was EUR 410.00 per hour. A copy of Mr. Ormand's CV is attached as Exhibit B.

7. For the period January through April 2015, I spent 31.9 hours working on activities related to the removal and subsequent dismissal and entry of judgment in this action, for a total of EUR 19,140.00 in fees. During that same period, Mr. Ormand spent 94.7 hours working on activities related to the removal and subsequent dismissal and entry of judgment in this action, for a total of EUR 38,827.00 in fees. Added together, this totals EUR 57,967.00, or US$63,166.06,[1] in fees billed to our clients in connection with this matter.

8. Defendants also incurred an additional EUR 9,174.19,[2] or US$9,997.02,[3] in fees in connection with the expert report on Swiss law submitted by Harold Frey in this matter. Adding the fees associated with Mr. Frey's report to to my and Mr. Ormand's fees yields a total of US$73,163.08 in fees related to the removal and subsequent dismissal and entry of judgment in this action.

9. My and Mr. Ormand's work on this matter included the following: (a) review of pleadings, orders and correspondence in the ICC Arbitration that had been pending for nearly two years at the time that NET commenced this action, and continued review of filings and correspondence in the ICC Arbitration while Defendants' motion to dismiss this case was pending; (b) discussions with our

---

[1] Converted from Euros to U.S. Dollars at a rate of EUR 1 = 1.08969 USD.
[2] Converted from Swiss francs to Euros at a rate of EUR 1 = 1.04636 CHF.
[3] Converted from Euros to U.S. Dollars at a rate of EUR 1 = 1.08969 USD.

3
DECLARATION OF ANDREW RHYS DAVIES
IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES

clients and our colleagues in Frankfurt concerning the factual background of the underlying dispute in the ICC Arbitration; (c) drafting a notice of removal and related papers; (d) consulting with and coordinating testimony from Swiss law expert Harold Frey on the legal issues described in subparagraph (i) below; (e) drafting a motion to dismiss, with its accompanying Memorandum of Points and Authorities, a reply brief in support of that motion, and other papers related to that motion; (f) review of NET's opposition to Defendants' motion to dismiss and review of the authorities cited therein; (g) assisting Defendants' California counsel, Philip Cook, in his preparation for oral argument; (h) research and analysis relating to the basis for NET's claim of personal jurisdiction over Defendants in this matter; and (i) research and review of numerous California and Swiss legal authorities on various issues raised by NET's Complaint, including choice of law, arbitrability, procedural and substantive unconscionability, breach of contract, fraud, and unjust enrichment.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed on July 17, 2015 at New York, New York.

*Andrew Rhys Davies*
Andrew Rhys Davies

Exhibit A

# ALLEN & OVERY



**Andrew Rhys Davies**
Partner - New York

Contact
Tel +1 212 756 1151
Mob +1 646 724 7921
andrew.rhys.davies@allenovery.com

Andrew's experience includes representing financial institutions and individual clients in securities and other complex litigations at the trial and appellate levels, as well as representing corporations and individuals in regulatory investigations and litigations. Andrew graduated from Cambridge University and has practiced as a solicitor in London.

Andrew is listed as a noted practitioner in Legal 500 USA 2015: Commercial Litigation.

### Career history
- Partner, Allen & Overy LLP, New York, 2007
- Associate, Allen & Overy LLP, New York, 2003 – 2007
- Associate, Milbank, Tweed, Hadley & McCloy, LLP, New York, 2001 – 2003
- Associate, Allen & Overy, London, 1999 – 2001
- Trainee Solicitor, Allen & Overy, London, 1997 – 1999

### Legal qualifications
- Admitted as a Solicitor, England & Wales, 1999
- Admitted: United States District Courts
    Southern District of New York 2002
    Eastern District of New York 2002
- Admitted: Bar of the State of New York 2002
- Admitted: United States Courts of Appeals,
    Second Circuit 2006
    Ninth Circuit 2007
- Admitted: Supreme Court of the United States 2008
- Admitted: United States Court of Federal Claims 2011

### Academic qualifications
- B.A.Hons, Cantab, Churchill College, University of Cambridge, 1995

### Speaking engagements
- "Judgment Enforcement in the Cross-Border Context Post-Koehler", New York City Bar Committee on Foreign and Comparative Law, May 13, 2014

### Professional memberships
- Federal Bar Council
- American Bar Association

Law Society of England & Wales

Exhibit B

# ALLEN & OVERY



**Justin Ormand**
Associate - New York

**Contact**
Tel +1 212 610 6407
Mob +1 646 599 6453
justin.ormand@allenovery.com

Justin is an associate in the litigation group of Allen & Overy's New York office, and focuses his practice on complex commercial disputes. He has experience representing clients in an array of matters, including securities fraud and bankruptcy litigations, contract disputes, and shareholder derivative actions, among others. Prior to joining Allen & Overy, Justin was an associate with Cleary Gottlieb Steen & Hamilton LLP in New York, and served as a law clerk to the Honorable Roanne L. Mann of the United States District Court for the Eastern District of New York.

### Career history
- Associate, Cleary Gottlieb Steen & Hamilton LLP, New York, 2009-2014
- Law Clerk, United States District Court for the Eastern District of New York, Brooklyn, 2008-2009

### Legal qualifications
- Admitted to State Bar, New York, 2009
- Admitted to United States District Court, Southern District of New York, 2013

### Academic qualifications
- J.D., Brooklyn Law School, 2008
- B.M., University of Cincinnati College Conservatory of Music, 2005