UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV15-1013-CAS(MRWx) | Date | August 31, 2015 |
|---|---|---|---|
| Title | *NETWORK ENHANCED TECHNOLOGIES INC v. DEUTSCHE TELEKOM NORTH AMERICA, INC. et al.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Gomez | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Rosalind Gottlieb | Phillip Cook |

**Proceedings:**   DEFT'S MOTION FOR ATTORNEYS' FEES

    The Court and counsel confer. In accordance with the foregoing, defendants' motion for attorneys' fees is hereby DENIED without prejudice. The Court directs an ICC arbitrator to review the Agreement's choice-of-law and arbitration clauses to determine whether defendants are entitled to attorneys' fees arising from the instant litigation and, if so, the appropriate amount of any award of attorneys' fees.

| | 00 | : | 08 |
|---|---|---|---|
| Initials of Preparer | | PG | |