| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>PHILIP E. COOK | 2. PHONE NUMBER<br>213-988-6100 | 3. DATE<br>09/24/2015 | |
|---|---|---|---|
| 4. FIRM NAME: THE COOK LAW FIRM, P.C. | 5. E-MAIL ADDRESS: PCOOK@COOKLAWFIRM.LA | | |
| 6. MAILING ADDRESS<br>707 WILSHIRE BLVD., SUITE 3600 | 7. CITY<br>LOS ANGELES | 8. STATE<br>CA | 9. ZIP CODE<br>90017 |
| 10. CASE NUMBER<br>2:15-CV-01013 | 11. CASE NAME<br>Network Enhanced Technologies, Inc. v. Deutsche Telekom | 12. JUDGE<br>Christina A. Snyder | |
| 13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☑ OTHER Motion for Attys' Fees | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 08/31/2015 | Lisa Gonzalez | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☑ OTHER (PLEASE SPECIFY): Defts' Motion for Attorneys' Fees |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE ☐ OPENING STATEMENTS ☐ SETTLEMENT INSTRUCTIONS ☐ CLOSING ARGUMENTS ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☑ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:     Day:     Year:
Transcript payment arrangements were made with: Lisa Gonzalez

17. DATE: 09/24/2015

NAME OF OFFICIAL: LISA GONZALEZ
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /S/ Philip E. Cook

Month: 09   Day: 24   Year: 2015

G-120 (09/12)