# UNITED STATES DISTRICT COURT
Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Network Enhanced Technologies, Inc.

V.

Case Number: 2:15-cv-01013

Deutsche Telekom North America, Inc.

Judgment was entered in this action on __7/6/2015__ / __25__ against __Plaintiff Network Enhanced Technologies, Inc.__
Date           Docket No.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| Item | Amount |
|---|---|
| Filing fees: see L.R. 54-3.1 | $400.00 |
| Fees for service of process: see L.R. 54-3.2 | |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | |
| Depositions: see L.R. 54-3.5 | |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 (attach court order) | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| **TOTAL** | **$400.00** |

**NOTE:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

☑ The Court's CM/ECF System
☐ Conventional service by first class mail
☐ Other _____

Signature: _(signed)_

Philip E. Cook
Print Name

Attorney for: Defendants, Deutsche Telekom North America, Inc., Deutsche Telekom AG, and T-Systems North America, Inc.

Costs are taxed in the amount of __$400.00 - no objection.__

KIRY K. GRAY
Clerk of Court

By: _(signed)_ Rosa Morales
Deputy Clerk

October 24, 2015
Date